UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 01 CR 469-5 |
| KUMAR M. KALIANA, | ) | |
| | ) | Judge Kennelly |
| Defendant. | ) | |

**ORDER**

Upon the motion of the United States, it is hereby

ORDERED that, the Clerk of the Court shall accept from the Citywide Title a negotiable instrument in the approximate amount of $63,249.89 to be applied toward Kumar Kaliana's restitution liability.

E N T E R:

_____
United States District Judge

Date: April 27, 2018